NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MEDIOSTREAM, INC.,**
*Appellant,*

v.

**APPLE INC.,**
*Appellee.*

---

13-1556
(Serial no. 95/001,283)

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

---

## **O R D E R**

On consideration of the unopposed motion to withdraw Apple, Inc. as appellee, it is

ORDERED that the motion is granted.

FOR THE COURT

October 9, 2013                    /s/ Daniel E. O'Toole
                                                  Daniel E. O'Toole
                                                  Clerk

cc: Clerk's Office, United States Patent and Trademark Office
Byron Cooper
Nathan K. Kelley
Henry A. Petri Jr.